**ORDERED.**

Dated: March 27, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | |
| GENIE INVESTMENTS NV INC., | Case No. 3:24-bk-00496-BAJ |
| Debtor. | Chapter 7 |
| _____/ | |
| AARON R. COHEN, Chapter 7 Trustee, | |
| Plaintiff, | Adv. Pro. No. 3:25-ap-00011-BAJ |
| v. | |
| ZOOMERAL, INC., a Delaware Corporation, GENIE INVESTMENTS II, LLC, a Delaware Limited Liability Company, et al., | |
| Defendants. | |
| _____/ | |

## ORDER STRIKING MOTION TO DISMISS

This case is before the Court *sua sponte* for consideration of the *Motion to Dismiss* (the "Motions") (Doc. 21) filed by John Michael Cohan ("Mr. Cohan") and David Hughes ("Mr. Hughes"). All defendants in this matter are either corporations or limited liability companies. Pursuant to Local Rule 1074-1, the Defendants must retain counsel. The Court previously directed

Mr. Cohan and Mr. Hughes to retain counsel on behalf of the Defendants (Docs. 6, 13). Although they attempted to file the Motions in their individual capacity, they are seeking relief on behalf of the Defendants. "The rule is well established that a corporation is an artificial entity that can only act through agents, cannot appear pro se, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F. 2d 1381, 1385 (11th Cir. 1985).

Accordingly, it is

**ORDERED:**

1. The Motion (Doc. 21) is **STRICKEN**.
2. To appear and be heard in this proceeding, the Defendants are directed to retain counsel authorized to practice in this Court as required by Local Rule 1074-1.
3. The Defendants shall have until March 31, 2025 to retain counsel.

Attorney Raye C. Elliott is directed to serve a copy of this order on all interested parties who do not receive service by CM/ECF and file proof of service within three days of entry of the order.