**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                           Case No.: 3:24-bk-00596-BAJ

GENIE INVESTMENTS NV INC.,

    Debtors.
_____/

AARON R. COHEN, CHAPTER 7 TRUSTEE,

    Plaintiff,                                                                    Adv. No.:  3:25-ap-00011-BAJ

vs.

ZOOMERAL, INC.
CAPITULUM, LLC ET. AL.,

    Defendants.
_____/

### ANSWER OF CALD HOLDINGS, LLC TO COMPLAINT

COMES NOW the Defendant, CALD HOLDINGS, LLC, by and through its undersigned attorney, and files this Answer to the Complaint filed in this action, and states unto the Court as follows:

### JURISDICTION AND VENUE

1. Admitted.
2. Admitted.
3. Admitted.

### PARTIES

4. Admitted.
5. Admitted.
6. Admitted.
7. Defendant is without knowledge and therefore denies this allegation.

8. Defendant is without knowledge and therefore denies this allegation.

9. Admitted in part. Cald Holdings, LLC was dissolved in December of 2024. Davis was the former owner of the LLC.

10. Defendant is without knowledge and therefore denies this allegation.

11. Defendant is without knowledge and therefore denies this allegation.

12. Defendant is without knowledge and therefore denies this allegation.

## FACTUAL BACKGROUND

13. Defendant is without knowledge and therefore denies this allegation.

14. Defendant is without knowledge and therefore denies this allegation.

15. Defendant is without knowledge and therefore denies this allegation.

16. Defendant is without knowledge and therefore denies this allegation.

17. Defendant is without knowledge and therefore denies this allegation.

18. Defendant is without knowledge and therefore denies this allegation.

19. Defendant is without knowledge and therefore denies this allegation.

20. Defendant is without knowledge and therefore denies this allegation.

21. Defendant is without knowledge and therefore denies this allegation.

22. Defendant is without knowledge and therefore denies this allegation.

23. Defendant is without knowledge and therefore denies this allegation.

24. Defendant is without knowledge and therefore denies this allegation.

25. Defendant is without knowledge and therefore denies this allegation.

26. Defendant is without knowledge and therefore denies this allegation.

27. Defendant is without knowledge and therefore denies this allegation.

28. Defendant is without knowledge and therefore denies this allegation.

29. Denied. The Defendant and Caleb Davis never executed the purported loan agreement attached to the Complaint as Exhibit C.

30. Denied.

31. Denied.
32. Denied.
33. Denied.
34. Denied.
35. Denied.
36. Denied.
37. Denied.
38. Denied.
39. Denied.
40. Denied.
41. Denied.
42. Denied.
43. Denied.
44. Denied.
45. Denied.
46. Denied.
47. Denied.
48. Denied.
49. Denied.
50. Denied.
51. Denied.
52. Denied.
53. Denied.
54. Denied.
55. Denied.
56. Denied.

57. Denied.
58. Denied.
59. Denied.
60. Denied.
61. Denied.
62. Denied.
63. Denied.
64. Denied.
65. Denied.
66. Denied.
67. Denied.
68. Denied.
69. Denied.
70. Denied.
71. Denied.
72. Denied.
73. Denied.
74. Denied.
75. Denied.
76. Denied.
77. Denied.
78. Denied.
79. Denied.
80. Denied.
81. Denied.
82. Denied.

83. Denied.
84. Denied.
85. Denied.
86. Denied.
87. Denied.
88. Denied.
89. Denied.
90. Denied.
91. Denied.
92. Denied.
93. Denied.
94. Denied.
95. Denied.
96. Denied.
97. Denied.
98. Denied.
99. Denied.
100. Denied.
101. Denied.
102. Denied.
103. Denied.
104. Denied.
105. Denied.
106. Denied.
107. Denied.
108. Denied.

109. Denied.
110. Denied.
111. Denied.
112. Denied.
113. Denied.
114. Denied.
115. Denied.
116. Denied.
117. Denied.
118. Denied.
119. Denied.
120. Denied.
121. Denied.
122. Denied.
123. Denied.
124. Denied.
125. Denied.
126. Denied.
127. Denied.
128. Denied.
129. Denied.
130. Denied.
131. Denied.
132. Denied.
133. Denied.
134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

WHEREFORE, based on the foregoing, Defendant respectfully requests the Court enter a judgment in favor of Defendant as to all applicable counts, award Defendant its attorney's fees and costs incurred in the defense of this action, and for such other relief as the Court deems just and proper.

DATED: March 31, 2025.

McCONNELL LAW GROUP, P.A.

*Jerrett M. McConnell*

_____
JERRETT M. McCONNELL
Florida Bar #0244960
6100 Greenland Rd., Unit 603
Jacksonville, FL  32258
Phone (904) 570-9180
jmcconnell@mcconnelllawgroup.com
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Raye C. Elliott, Attorney for Plaintiff, electronically through the Court's CM/ECF system this 31st day of March, 2025.

*Jerrett M. McConnell*

_____
Attorney