**[Dntcpsca]** [District Notice Scheduling Pretrial/Status Conference Adversary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                          Case No. 3:24−bk−00496−BAJ
                                                Chapter 7
Genie Investments NV Inc.

_____    Debtor*    _____/

Aaron R. Cohen, Chapter 7 Trustee

           Plaintiff**

vs.                                             Adv. Pro. No. 3:25−ap−00011−BAJ

Zoomeral,Inc.

_____    Defendant**    _____/

## NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Pretrial/Status Conference will be held on June 17, 2025, at 11:00 AM , before the Honorable Jason A. Burgess, United States Bankruptcy Judge.

2. Parties are reminded to comply with all requirements of Local Rule 7001−1.

3. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess/.

4. Avoid Delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

                              FOR THE COURT
    Dated: April 8, 2025      Jose A Rodriguez , Clerk of Court
                              Bryan Simpson United States Courthouse
                              300 North Hogan Street
                              Suite 3−150
                              Jacksonville, FL 32202

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

**All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.