**ORDERED.**

Dated: May 01, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,  Case No.: 3:24-bk-00496-BAJ

    Debtor.  Chapter 7
_____/

AARON R. COHEN, Chapter 7 Trustee,

    Plaintiff,  Adversary Pro. No. 3:25-ap-00011-BAJ

v.

ZOOMERAL, INC., a Delaware corporation, CAPITULUM, LLC, a New York limited liability company, CALD HOLDINGS, LLC, a Florida limited liability company, GENIE INVESTMENTS II, LLC, a Delaware limited liability company, BETTER METHODS, LLC, a Wyoming limited liability company, and GENIE'S ANGELS, LLC n/k/a MERKTON GROUP, LLC, a Delaware limited liability company,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR ENTRY OF FINAL DEFAULT**
**JUDGMENT AGAINST ZOOMERAL, INC., CAPITULUM, LLC,**
**GENIE INVESTMENTS II, LLC, BETTER METHODS, LLC,**
<u>**AND GENIE'S ANGELS, LLC N/K/A MERKTON GROUP, LLC**</u>

81165178;1

THIS PROCEEDING came before the Court upon the Motion (the "Motion") (Adv. Doc. 40) of Plaintiff, Aaron R. Cohen, Chapter 7 Trustee, for Entry of a Final Default Judgment against defendants, Zoomeral Inc., Capitulum, LLC, Genie Investments II, LLC, Better Methods, LLC, and Genie's Angels, LLC n/k/a Merkton Group, LLC.  On April 8, 2025, a Default was entered by the Clerk against Zoomeral Inc. (Adv. Doc. 29), Capitulum, LLC (Adv. Doc. 30), Genie Investments II, LLC (Adv. Doc. 31), Better Methods, LLC (Adv. Doc. 32), and Genie's Angels, LLC n/k/a Merkton Group, LLC (Adv. Doc. 33) for failing to serve or file any pleading or responsive motion to the Complaint to Avoid and Recover Fraudulent Transfers of Property (the "Complaint").  A Declaration was attached to the Motion in support of the allegations set forth in the Complaint pursuant to Rule 7055-2 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida.  Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. In accordance with Fed. R. Bankr. P. 9021, the Court is contemporaneously entering a separate judgment.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

81165178;1