**ORDERED.**

Dated: May 02, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,   Case No.: 3:24-bk-00496-BAJ

    Debtor.   Chapter 7
_____/

AARON R. COHEN, Chapter 7 Trustee,

    Plaintiff,   Adversary Pro. No. 3:25-ap-00011-BAJ

v.

ZOOMERAL, INC., a Delaware corporation, CAPITULUM, LLC, a New York limited liability company, CALD HOLDINGS, LLC, a Florida limited liability company, GENIE INVESTMENTS II, LLC, a Delaware limited liability company, BETTER METHODS, LLC, a Wyoming limited liability company, and GENIE'S ANGELS, LLC n/k/a MERKTON GROUP, LLC, a Delaware limited liability company,

    Defendants.
_____/

**FINAL JUDGMENT AGAINST ZOOMERAL, INC., CAPITULUM, LLC,
GENIE INVESTMENTS II, LLC, BETTER METHODS, LLC,
AND GENIE'S ANGELS, LLC n/k/a MERKTON GROUP, LLC**

THIS PROCEEDING came before the Court on the Motion of Plaintiff, Aaron R. Cohen, Chapter 7 Trustee, for a Final Default Judgment Against Zoomeral Inc., Capitulum, LLC, Genie Investments II, LLC, Better Methods, LLC, and Genie's Angels, LLC n/k/a Merkton Group, LLC (Adv. Doc. 40). Based upon the Defaults (Adv. Doc. 29-33) entered by the Clerk on April 8, 2025, against Defendants, Zoomeral Inc., Capitulum, LLC, Genie Investments II, LLC, Better Methods, LLC, and Genie's Angels, LLC n/k/a Merkton Group, LLC, for failure to serve or file any paper in response to the Complaint to Avoid and Recover Fraudulent Transfers of Property (Adv. Doc. 1) (the "Complaint") as required by law, the Declaration of Aaron R. Cohen, Chapter 7 Trustee (the "Trustee's Declaration"), and there appearing sufficient cause, the Court hereby,

**FINDS AND ORDERS:**

1. On February 6, 2025, the Trustee filed the Complaint against Defendants, Zoomeral Inc., Capitulum, LLC, Cald Holdings, LLC, Genie Investments II, LLC, Better Methods, LLC, and Genie's Angels, LLC n/k/a Merkton Group, LLC, to avoid and recover the transfer of certain property.

2. A Summons was issued by the Clerk on April 7, 2025.

3. A copy of the Complaint and Local Rule 7001-1 together with the Summons were served on April 7, 2025, by U.S. mail to Zoomeral, Inc. Attn. its Registered Agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808; Capitulum, LLC Attn. its President, John Michael Cohan, PO Box 60443, Jacksonville, Florida 32236; Genie Investments II, LLC Attn. its Registered Agent, Phyllis Cropper, 908 E. 17th Street, Wilmington, DE 19802; Better Methods, LLC Attn. its Registered Agent, Northwest Registered Agent Service Inc., 30 N. Gould St., Ste. N, Sheridan, WY 82801; and Genie's Angels, LLC n/k/a Merkton Group, LLC Attn. its Registered Agent, Phyliss Cropper, 908 E. 17th Street, Wilmington, DE 19802.

4. No responsive pleading or motion has been filed by Defendants, Zoomeral Inc., Capitulum, LLC, Genie Investments II, LLC, Better Methods, LLC, and Genie's Angels, LLC n/k/a Merkton Group, LLC (collectively, "Defendants") within the time specified by Rule 7012, Federal Rules of Bankruptcy Procedure, and no extension of time was sought or obtained by Defendants.

5. On April 8, 2025, a Default was entered by the Clerk against Zoomeral Inc. (Adv. Doc. 29), Capitulum, LLC (Adv. Doc. 30), Genie Investments II, LLC (Adv. Doc. 31), Better Methods, LLC (Adv. Doc. 32), and Genie's Angels, LLC n/k/a Merkton Group, LLC (Adv. Doc. 33).

6. As a result of the Defendants' default, each and every allegation set forth in the Complaint, which are incorporated by reference herein, is deemed admitted by Defendants. *See*, e.g., *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009) (quoting *Nishimatsu Constr. Co. v. Houston Nat't Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975) ("A 'defendant, by his default, admits the plaintiff's well-pleaded allegations of fact, is concluded on those facts by the judgment, and is barred form contesting on appeal the facts thus established.'"); *Suntrust Bank v. Truzman*, 2010 WL 3359710, at *2 (M.D. Fla. August 6, 2010) (determining that because a default was properly entered, the plaintiff is deemed to have admitted the allegations made in plaintiff's complaint); see also Fed. R. Bankr. P. 7055 (making applicable Federal Rule of Civil Procedure 55; stating that a default is entered when the defendant fails to answer the complaint in the required time period).

7. Given the substantial, undisputed proof set forth in the Complaint establishing the fraudulent nature of the Transfers, **JUDGMENT** is hereby entered against Defendants as follows:

3

8. Final Judgment is hereby entered in favor of the Trustee and against Defendants, Zoomeral Inc., Capitulum, LLC, Genie Investments II, LLC, Better Methods, LLC, and Genie's Angels, LLC n/k/a Merkton Group, LLC.

9. The Zoomeral Transfers, Capitulum Transfers, Genie II Transfers, Genie II Customer Deposits, Outstanding Genie II Customer Deposits, Better Methods Transfers, and the Genie's Angels Transfers from the Debtor were fraudulent transfers.

10. The Zoomeral Transfers are hereby avoided and Zoomeral Inc. is ordered to turn over **$1,771,555.74** to the Trustee for the benefit of the bankruptcy estate.

11. The Capitulum Transfers are hereby avoided and Capitulum, LLC is ordered to turn over **$517,109.87** to the Trustee for the benefit of the bankruptcy estate.

12. The Genie II Transfers are hereby avoided and Genie Investments II, LLC is ordered to turn over **$1,244,606.44** to the Trustee for the benefit of the bankruptcy estate.

13. The Genie II Customer Deposits are hereby avoided and Genie Investments II, LLC is ordered to turn over **$516,550.00** to the Trustee for the benefit of the bankruptcy estate.

14. The Outstanding Genie II Customer Deposits are hereby avoided and Genie Investments II, LLC is ordered to turn over **$8,550.00** to the Trustee for the benefit of the bankruptcy estate.

15. The Better Methods Transfers are hereby avoided and Better Methods, LLC is ordered to turn over **$130,000.00** to the Trustee for the benefit of the bankruptcy estate.

16. The Genie's Angels Transfers are hereby avoided and Genie's Angels, LLC n/k/a Merkton Group, LLC is ordered to turn over **$25,000.00** to the Trustee for the benefit of the bankruptcy estate.

81166740;1

17.     Plaintiff, Aaron R. Cohen, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc., whose mailing address is P.O. Box 4218, Jacksonville, FL 32201-4218, shall recover from Defendant, Zoomeral Inc., whose last known address is Attn. its Registered Agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808, the sum of **$1,771,555.74**, that shall bear interest at the rate provided by 28 U.S.C. § 1961 which is currently 3.97%, for which let execution issue.

18.     Plaintiff, Aaron R. Cohen, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc., whose mailing address is P.O. Box 4218, Jacksonville, FL 32201-4218, shall recover from Defendant, Capitulum, LLC, whose last known address is Attn. its President, John Michael Cohan, PO Box 60443, Jacksonville, Florida 32236, the sum of **$517,109.87**, that shall bear interest at the rate provided by 28 U.S.C. § 1961 which is currently 3.97%, for which let execution issue.

19.     Plaintiff, Aaron R. Cohen, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc., whose mailing address is P.O. Box 4218, Jacksonville, FL 32201-4218, shall recover from Defendant, Genie Investments II, LLC, whose last known address is Attn. its Registered Agent, Phyllis Cropper, 908 E. 17th Street, Wilmington, DE 19802, the sum of **$1,769,706.44**, that shall bear interest at the rate provided by 28 U.S.C. § 1961 which is currently 3.97%, for which let execution issue.

20.     Plaintiff, Aaron R. Cohen, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc., whose mailing address is P.O. Box 4218, Jacksonville, FL 32201-4218, shall recover from Defendant, Better Methods, LLC, whose last known address is Attn. its Registered Agent, Northwest Registered Agent Service Inc., 30 N. Gould St., Ste. N,

81166740;1

Sheridan, WY 82801, the sum of **$130,000.00**, that shall bear interest at the rate provided by 28 U.S.C. § 1961 which is currently 3.97%, for which let execution issue.

21.     Plaintiff, Aaron R. Cohen, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc., whose mailing address is P.O. Box 4218, Jacksonville, FL 32201-4218, shall recover from Defendant, Genie's Angels, LLC n/k/a Merkton Group, LLC, whose last known address is Attn. its Registered Agent, Phyliss Cropper, 908 E. 17th Street, Wilmington, DE 19802, the sum of **$25,000.00**, that shall bear interest at the rate provided by 28 U.S.C. § 1961 which is currently 3.97%, for which let execution issue.

22.     This Court retains jurisdiction of this action to enter further orders, requests or judgments that are proper, including, but not limited to: (i) orders authorizing the issuance of writs of replevin, writs of execution, writs of garnishment, and other post-judgment collection remedies; (ii) requests for punitive, compensatory, special or other damages; and (iii) requests for the payment of pre-judgment interest, attorneys' fees and costs.

Copies to:

Raye C. Elliott, Esq.
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
*Attorney for Plaintiff, Aaron R. Cohen, Chapter 7 Trustee*

Capitulum, LLC
Attn. its President, John Michael Cohan
PO Box 60443
Jacksonville, Florida 32236

Better Methods, LLC
Attn. its Registered Agent,
Northwest Registered Agent Service Inc.
30 N. Gould St., Ste. N
Sheridan, WY 82801

Zoomeral, Inc.
Attn. its Registered Agent,
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Genie Investments II, LLC
Attn. its Registered Agent, Phyllis Cropper
908 E. 17th Street
Wilmington, DE 19802

Genie's Angels, LLC
n/k/a Merkton Group, LLC
Attn. its Registered Agent, Phyliss Cropper
908 E. 17th Street
Wilmington, DE 19802

81166740;1