**ORDERED.**

Dated: June 25, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,   Case No.: 3:24-bk-00496-BAJ

    Debtor.   Chapter 7
_____/

AARON R. COHEN, Chapter 7 Trustee,

    Plaintiff,   Adversary Pro. No. 3:25-ap-00011-BAJ

v.

ZOOMERAL, INC., a Delaware corporation, CAPITULUM, LLC, a New York limited liability company, CALD HOLDINGS, LLC, a Florida limited liability company, GENIE INVESTMENTS II, LLC, a Delaware limited liability company, BETTER METHODS, LLC, a Wyoming limited liability company, and GENIE'S ANGELS, LLC n/k/a MERKTON GROUP, LLC, a Delaware limited liability company,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF/JUDGMENT CREDITOR'S MOTION**
**TO COMPEL DISCOVERY IN AID OF EXECUTION OF JUDGMENT**

81976528;1

THIS PROCEEDING came before the Court upon the Motion to Compel Discovery in Aid of Execution (the "Motion")[1] (Adv. Doc. 46) filed by Plaintiff/Judgment Creditor, Aaron R. Cohen, Chapter 7 Trustee, and the Motion to Quash Motion to Compel, for Reconsideration of Text Orders Issued Without Due Process on Juneteenth, and to Preserve Objections (the "Response") (Adv. Doc. 48) filed by John Michael Cohan.   Based upon the Motion, Response, and for the reasons stated on the record at the hearing on June 24, 2025, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. Defendants, Zoomeral, Inc., Capitulum, LLC, Genie Investments II, LLC, Better Methods, LLC, and Genie's Angels, LLC n/k/a Merkton Group, LLC, shall provide responses to the Trustee's First Set of Interrogatories and Request for Production In Aid of Execution of Judgment within fifteen (15) days of entry of this Order.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Defined terms from the Motion are incorporated by reference herein.