**[Dntchrga]** [District Notice of Preliminary Hearing or Status Conference (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                    Case No. 3:24−bk−00496−BAJ
                                                                                          Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

Aaron R. Cohen, Chapter 7 Trustee

         Plaintiff*

vs.                                                                                       Adv. Pro. No. 3:25−ap−00011−BAJ

Zoomeral,Inc.

_____Defendant*_____/

NOTICE OF HEARING

          NOTICE IS GIVEN THAT:

1. A hearing in this proceeding will be held on **August 25, 2025, at 10:00 a.m**. in **Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202** on the following matter:

Emergency Motion to Stay All Enforcement and Adverse Proceedings against David Hughes and to Issue Protective Order, filed by Interested Parties John−Michael Cohan, David Hughes, Doc. 76.

2. All parties must attend the hearing **IN PERSON**.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this hearing upon announcement made in open court without further notice.

5. Parties are reminded to comply with all requirements of Local Rule 7001−1.

6. <u>Avoid delays.</u> A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order.

|  |  |
|---|---|
| Dated: July 23, 2025 | FOR THE COURT<br>Jose A Rodriguez , Clerk of Court<br>Bryan Simpson United States Courthouse<br>300 North Hogan Street<br>Suite 3–150<br>Jacksonville, FL 32202 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
\*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.