**ORDERED.**

Dated: August 05, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,               Case No.: 3:24-bk-00496-BAJ

    Debtor.                                          Chapter 7
_____/

AARON R. COHEN, Chapter 7 Trustee,

    Plaintiff,                                       Adversary Pro. No. 3:25-ap-00011-BAJ

v.

ZOOMERAL, INC., a Delaware corporation, CAPITULUM, LLC, a New York limited liability company, CALD HOLDINGS, LLC, a Florida limited liability company, GENIE INVESTMENTS II, LLC, a Delaware limited liability company, BETTER METHODS, LLC, a Wyoming limited liability company, and GENIE'S ANGELS, LLC n/k/a MERKTON GROUP, LLC, a Delaware limited liability company,

    Defendants.
_____/

**ORDER DENYING AMENDED MOTION**
**FOR STAY PENDING APPEAL AS MOOT**

This Proceeding is before the Court on the *Amended Motion for Stay Pending Appeal* (Doc. 64) (the "Motion"), filed by John Michael Cohan.  Based on the Order Denying with Prejudice Amended Motion for Extension of Time to File Notice of Appeal (Doc. 82), the Court will deny the Motion as moot.   Accordingly, it is

ORDERED:

The Motion is Denied as Moot.