[Doduapla] [District Order Dismissing Untimely Appeal – Adversary]

**ORDERED.**

**Dated:  August 06, 2025**

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                      Case No. 3:24–bk–00496–BAJ
Genie Investments NV Inc.                    Chapter 7

_____Debtor*_____/

Aaron R. Cohen, Chapter 7 Trustee

        Plaintiff**

                                                            Adv. Pro. No. 3:25–ap–00011–BAJ
vs.

Zoomeral,Inc.
Capitulum, LLC
Cald Holdings, LLC
Genie Investments II, LLC
Better Methods, LLC
Genies Angels, LLC n/k/a Merkton Group, LLC
_____Defendant**_____/

### ORDER DISMISSING APPEAL AS UNTIMELY FILED

THIS PROCEEDING came on for consideration of the Notice of Appeal filed by Interested Parties, John Michael Cohan and David Hughes ("Appellant") on July 3, 2025 (Doc. No. 65). Appellant appeals from the Court's Final Judgment against Zoomeral, Inc., Capitulum, LLC, Genie Investments II, LLC, Better Methods, LLC, and Genie's Angels, LLC n/k/a Merkton Group, LLC (Doc. No. Doc number) (the "Order").

The Court entered the Order on May 2, 2025. The Notice of Appeal was filed more than 14 days after entry of the Order.

Federal Rule of Bankruptcy Procedure 8002(a)(1) provides that a notice of appeal "must be filed with the bankruptcy clerk within 14 days after the judgment, order, or decree to be appealed is entered." The timely filing of a notice of appeal is mandatory and jurisdictional. "If the notice is not timely filed, the appellate court is without jurisdiction to hear the appeal." *In re Williams*, 216 F.3d 1295, 1298 (11th Cir. 2000) (citing *Advanced Estimating Sys. v. Riney*, 77 F. 3d 1322, 1323 (11th Cir. 1996)).

The United States District Court's *Amended General Order Establishing Protocols for Processing Bankruptcy Appeals*, Case No. 3:21–mc–00001–TJC (Doc. No. 156) (the "General Order"), applies to this appeal. The General Order is available on the Bankruptcy Court's website:https://pacer.flmb.uscourts.gov/administrativeorders/search.asp.

Accordingly, it is

ORDERED that this appeal is DISMISSED.


The Clerk's office is directed to serve a copy of this order on interested parties.

* All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

** References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.