**ORDERED.**

Dated: August 08, 2025

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,               Case No.: 3:24-bk-00496-BAJ

    Debtor.                                           Chapter 7
_____/

AARON R. COHEN, Chapter 7 Trustee,

    Plaintiff,                                         Adversary Pro. No. 3:25-ap-00011-BAJ

v.

ZOOMERAL, INC., a Delaware corporation,
CAPITULUM, LLC, a New York limited liability
company, CALD HOLDINGS, LLC, a Florida
limited liability company, GENIE
INVESTMENTS II, LLC, a Delaware limited
liability company, BETTER METHODS, LLC, a
Wyoming limited liability company, and GENIE'S
ANGELS, LLC n/k/a MERKTON GROUP, LLC,
a Delaware limited liability company,

    Defendants. mmm
_____/

**ORDER DENYING EMERGENCY MOTION FOR IMMEDIATE INTERVENTION**

This Proceeding is before the Court on the *Emergency Motion for Immediate Intervention* (Doc. 75) filed by John Michael Cohan and David Hughes.  For reasons already set forth in the Order Denying Limited Emergency Motion to Intervene (Doc. 89), the Court will deny the Motion. Accordingly, it is

**ORDERED:**

The Motion is Denied.