**[Dodaufea]** [District Order Dismissing Appeal for Unpaid Filing Fee – Adversary]

**ORDERED.**

Dated: September 03, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>Genie Investments NV Inc.<br><br>_____Debtor_____/<br><br>Aaron R. Cohen, Chapter 7 Trustee<br><br>    Plaintiff**<br><br>vs.<br><br>Zoomeral, Inc.<br><br>_____Defendant**_____/ | Case No. 3:24–bk–00496–BAJ<br>Chapter 7<br><br><br><br><br><br>Adv. Pro. No. 3:25–ap–00011–BAJ |

**ORDER DISMISSING APPEAL FOR FAILURE TO PAY FILING FEE**

THIS PROCEEDING came on for consideration of the Notice of Appeal filed by John Michael Cohan ("Appellant") Doc. No. 98. On August 18, 2025, the Court entered an Order Denying Motion to Waive Filing Fee. Appellant has failed to pay the filing fee as required.

Accordingly, it is

ORDERED that this appeal is dismissed.

The Clerk's office is directed to serve a copy of this order on interested parties.

**All references to "Plaintiff" or "Defendant" include and refer to multiple plaintiffs or defendants.