[Doddosap] [District Order Denying, Disapproving, or Striking − Adversary Proceeding]

ORDERED.

Dated: September 3, 2025

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  
Genie Investments NV Inc.

Case No. 3:24−bk−00496−BAJ
Chapter 7

_____Debtor*_____ /

Aaron R. Cohen, Chapter 7 Trustee

    Plaintiff**

Adv. Pro. No. 3:25−ap−00011−BAJ

vs.

Zoomeral, Inc.
Capitulum, LLC
Cald Holdings, LLC
Genie Investments II, LLC
Better Methods, LLC
Genies Angels, LLC
_____Defendant**_____ /

### ORDER STRIKING

THIS PROCEEDING came on for consideration, without hearing, of the **Motion to Vacate Default Judgment for Fraud on the Court Pursuant to FRBP 60(d)(3), via FRBP 9024, and the Court's inherent authority filed by Interested Party, David Hughes, Doc. #112**. Pursuant to the Order Granting Plaintiff's Motion for an Order to Show Cause Why the Judgment Debtor Should Not Be Held in Contempt of Court for Failure to Comply with Court Order in adversary proceeding 3:25-ap-00011-BAJ (Doc. #107), and after review, the Court determines that the Interested Party's **Motion to Vacate Default Judgment for Fraud on the Court Pursuant to FRBP 60(d)(3), via FRBP 9024, and the Court's inherent authority (Doc. #112)** will be stricken:

Accordingly, it is

**ORDERED:**

The Filing is stricken from the record.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.