FILED MAIL USBC
JAX, FL SEP 11 '25

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7
Adversary Pro. No. 3:25-ap-00011-BAJ

## COVER SHEET FOR NOTICE OF APPEAL IN A BANKRUPTCY CASE

1. Appellant(s):
Name: John Michael Cohan
Address: [redacted]
Jacksonville, Florida [redacted]
E-mail: iustusprocessus@outlook.com

2. Appellee(s):
Name: Aaron Cohen, Chapter 7 Trustee
Address: 401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Attorney for Appellee: Raye Elliott
Attorney's Address: 401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: 904.798.3700
E-mail: rayeelliott@akerman.com

3. Bankruptcy Judge: Hon. Jason Burgess

4. Order being appealed:

- Doc. 107

5. Court to which appeal is taken:

United States Bankruptcy Court for the Middle District of Florida

9. Signature of Appellant or Counsel:

Dated: 09-08-2025

Respectfully submitted in Good Faith,

*[signature: 12 USC 411]*

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103

### Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.

John Michael Cohan
General Delivery
5455 Verna Blvd
Jacksonville, Florida 32236

JACKSONVILLE RPDC 320

9 SEP 2025 · PM 1 L



US Bankruptcy Court
300 N Hogan Street  Suite 3-150
Jacksonville, Florida 32202

32202-426775