**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,             Case No.: 3:24-bk-00496-BAJ

    Debtor.                                           Chapter 7
_____/

AARON R. COHEN, Chapter 7 Trustee,

    Plaintiff/Judgment Creditor,             Adversary Pro. No. 3:25-ap-00011-BAJ

v.

ZOOMERAL, INC., a Delaware corporation,
CAPITULUM, LLC, a New York limited liability
company, CALD HOLDINGS, LLC, a Florida
limited liability company, GENIE
INVESTMENTS II, LLC, a Delaware limited
liability company, BETTER METHODS, LLC, a
Wyoming limited liability company, and GENIE'S
ANGELS, LLC n/k/a MERKTON GROUP, LLC,
a Delaware limited liability company,

    Judgment Debtors.
_____/

## NOTICE OF PARTIAL COMPLIANCE WITH ORDER TO SHOW CAUSE

Plaintiff, Aaron R. Cohen, Chapter 7 Trustee, by and through undersigned counsel, gives notice that Defendants, Zoomeral, Inc., Capitulum, LLC, Genie Investments II, LLC, Better Methods, LLC, and Genie's Angels, LLC n/k/a Merkton Group, LLC (collectively, the "Judgment Debtors") have partially complied with the Court's Order Granting Plaintiff's Motion For An Order to Show Cause Why the Judgment Debtors Should Not Be Held in Contempt of Court For Failure to Comply With Court Order (Adv. Doc. 107) (the "Show Cause Order") as follows:

1.      The Court's Show Cause Order was entered on August 27, 2025 and required the Judgment Debtors to provide responses to the Trustee's First Set of Interrogatories and Request

83242895;1

for Production In Aid Of Execution (the "Discovery") directed to each of the Judgment Debtors within 14 days of the date of the Order ,which was September 10, 2025.

2. The Judgment Debtors did not provide responses to the Discovery by September 10, 2025.

3. On September 11, 2025, counsel for the Trustee emailed David Hughes and John Cohan in their capacity as former officers and directors of the Judgment Debtors noting that the Judgment Debtors had not responded to the discovery by the date required in the Show Cause Order. Counsel for the Trustee requested that Mr. Hughes and Mr. Cohan at least provide a list of banks where the Judgment Debtors had accounts, so that the Trustee could serve subpoenas for bank records for the Judgment Debtors.

4. On September 16, 2025, Mr. Hughes and Mr. Cohan provided a list of banks where the Judgment Debtors had accounts, although for certain of the Judgment Debtors they could not identify which Judgment Debtor banked at which bank.

5. On September 19, 2025, counsel for the Trustee emailed Mr. Hughes and Mr. Cohan requesting employer identification numbers ("EINs") for the Judgment Debtors so that the banks could more easily search its records for accounts held by the Judgment Debtors. Mr. Hughes responded that he would work on it and be back in touch early the following week. As of the filing of this Notice, counsel for the Trustee has not received EINs for the Judgment Debtors from Mr. Hughes or Mr. Cohan.

6. The Trustee is preparing subpoenas to the banks identified by Mr. Hughes and Mr. Cohan which will cause the bankruptcy estate to incur costs for service of subpoenas, as well as research and copy charges that banks normally charge for subpoena responses.

7. While the Judgment Debtors have provided a list of banks where the Judgment Debtors allegedly had accounts, the Judgment Debtors have not provided any responses to the

Trustee's First Set of Interrogatories or produced any documents in response to the Trustee's Request for Production in Aid of Execution.

Dated: September 22, 2025  **AKERMAN LLP**

By: */s/ Raye C. Elliott*
Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone:  (813) 223-7333
Fax:  (813) 223-2837

*Attorney for Aaron R. Cohen, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record, and that a true and correct copy of the foregoing was served by electronic mail to the following who consented in writing to receive service of pleadings at the email address listed below:

| | |
|---|---|
| John Michael Cohan<br>iustusprocessus@outlook.com | David Hughes<br>davidchoatehughes@gmail.com |

and by U.S. mail to:

David Hughes
2812 Pat Tillman Drive
Springfield, IL 62711

*/s/ Raye C. Elliott*
Attorney

83242895;1