**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC., Case No.: 3:24-bk-00496-BAJ

Debtor. Chapter 7
______________________________________/

AARON R. COHEN, Chapter 7 Trustee,

Plaintiff/Judgment Creditor, Adversary Pro. No. 3:25-ap-00011-BAJ

v.

ZOOMERAL, INC., a Delaware corporation, CAPITULUM, LLC, a New York limited liability company, CALD HOLDINGS, LLC, a Florida limited liability company, GENIE INVESTMENTS II, LLC, a Delaware limited liability company, BETTER METHODS, LLC, a Wyoming limited liability company, and GENIE'S ANGELS, LLC n/k/a MERKTON GROUP, LLC, a Delaware limited liability company,

Judgment Debtors.
______________________________________/

**SUPPLEMENTAL NOTICE OF PARTIAL**
**COMPLIANCE WITH ORDER TO SHOW CAUSE**

Plaintiff, Aaron R. Cohen, Chapter 7 Trustee, by and through undersigned counsel, supplements his Notice of Partial Compliance With Order to Show Cause (Adv. Doc. 122) to state that after the Trustee filed his Notice, Mr. Hughes and Mr. Cohan provided the requested employer identification numbers ("EINs") for the Judgment Debtors to counsel for the Trustee.

Dated: September 23, 2025

**AKERMAN LLP**

By: *_/s/ Raye C. Elliott_*
Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com

401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837

*Attorney for Aaron R. Cohen, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record, and that a true and correct copy of the foregoing was served by electronic mail to the following who consented in writing to receive service of pleadings at the email address listed below:

John Michael Cohan
iustusprocessus@outlook.com

David Hughes
davidchoatehughes@gmail.com

and by U.S. mail to:

David Hughes
2812 Pat Tillman Drive
Springfield, IL 62711

*/s/ Raye C. Elliott*
Attorney