**ORDERED.**

Dated: October 06, 2025

_Jason A. Burgess_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,   Case No.: 3:24-bk-00496-BAJ

    Debtor.   Chapter 7
_____/

AARON R. COHEN, Chapter 7 Trustee,

    Plaintiff,   Adversary Pro. No. 3:25-ap-00011-BAJ

v.

ZOOMERAL, INC., a Delaware corporation, CAPITULUM, LLC, a New York limited liability company, CALD HOLDINGS, LLC, a Florida limited liability company, GENIE INVESTMENTS II, LLC, a Delaware limited liability company, BETTER METHODS, LLC, a Wyoming limited liability company, and GENIE'S ANGELS, LLC n/k/a MERKTON GROUP, LLC, a Delaware limited liability company,

    Defendants.
_____/

**ORDER STRIKING MOTION FOR RECONSIDERATION**

This Proceeding is before the Court on the *Motion for Reconsideration* (the "Motion") (Doc. 117), filed by John Michael Cohan. On August 27, 2025, the Court entered an *Order Granting Plaintiff's Motion for Order to Show Cause Why the Judgment Debtors Should Not Be Held in Contempt of Court for Failure to Comply with Court Order* (the "Show Cause Order") (Doc. 107). By the Show Cause Order, the Court held the Defendants and John-Michael Cohan and David Hughes (collectively, the "Former Owners") in contempt and prohibited them from filing any pleadings or introducing evidence until discovery obligations in this Proceeding are complied with. Specifically, the Show Cause Order stated that "any pleadings filed in violation of this order will be stricken."[1] (Doc. 107). The Defendants and the Former Owners have failed to comply with the Show Cause Order, and the Court will therefore strike the Motion. Accordingly, it is

**ORDERED:**

1. The Motion is STRICKEN.

2. The Court retains the right to issue further sanctions.

---

[1] On March 27, 2025, the Court entered an Order to Show Cause in the underlying bankruptcy case that restricted the rights of the Former Owners to file *pro se* pleadings in the Case. (Main Case, Doc. 347). On June 24, 2025, the show cause hearing was held and continued until further order of the Court. (Main Case, Doc. 378). The Order to Show Cause remains in full force and effect.