FILED MAIL USBC
JAX, FL OCT23'25

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7
Adversary Pro. No. 3:25-ap-00011-BAJ

## NOTICE OF COMPLIANCE WITH DISCOVERY

The undersigned hereby provide notice that, pursuant to the Court's order, all discovery obligations—including interrogatories and document production requests—have been completed and responses provided in full.

Dated: 10-20-2025

**Respectfully submitted in Good Faith,**

**John Michael Cohan and David Hughes, without prejudice, without recourse, UCC 1-308, 1-103**

Certificate of Service

We hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.

John Michael Cohen
[redacted] 5455 Verna Blvd #6693
Jacksonville, Florida 32236

JACKSONVILLE RPDC 320
21 OCT 2025 PM 4 L




US Bankruptcy Court
300 N Hogan Street 3-150
Jacksonville, Florida 32202

32202-426725