**[jiffyordanh]** [Bench Order No Hearing AP +]

**ORDERED.**

**Dated:  December 16, 2025**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

In re:                                                   Case No. 3:24–bk–00496–BAJ

Genie Investments NV Inc.                    Chapter 7

_____ Debtor* _____/

Aaron R. Cohen, Chapter 7 Trustee

          Plaintiff*

                                                     Adv. Pro. No. 3:25–ap–00011–BAJ
vs.

Zoomeral,Inc.

_____ Defendant* _____/

**ORDER STRIKING MOTION FOR LEAVE TO FILE**

THIS Proceeding came on for consideration without a hearing of the **Motion for Leave to File** (Doc. **140** ), filed by **Interested Party David Hughes**.  Pursuant to the Order Granting Plaintiff's Motion for an Order to Show Cause (Doc. 107), and after review, the Court will strike the Motion for Leave to File.  Accordingly, it is

ORDERED:

The Motion for Leave to File is Stricken.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:
The Clerks Office is directed to serve a copy of this order on interested parties.