UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7
Adversary Pro. No. 3:25-ap-00011-BAJ

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that David Hughes, Interested Party, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8002 and 8003, hereby appeals to the United States District Court for the Middle District of Florida from the Order Striking Motion for Leave to File (Doc. 142), entered by this Court on December 16, 2025.

The Order appealed from struck Mr. Hughes's Motion for Leave to File (Doc. 140) without a hearing, and reserved written findings of fact and conclusions of law for a later date.

This Notice of Appeal is timely filed.

Dated: 12/30/2025

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

## Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.