[jiffyordanh] [Bench Order No Hearing AP +]

**ORDERED.**

Dated: January 08, 2026

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                              Case No. 3:24−bk−00496−BAJ
Genie Investments NV Inc.                           Chapter 7

  _____Debtor*_____/

Aaron R. Cohen, Chapter 7 Trustee

  Plaintiff*

                                                    Adv. Pro. No. 3:25−ap−00011−BAJ
vs.

Zoomeral,Inc.

  _____Defendant*_____/

**ORDER DENYING MOTION FOR PROTECTIVE ORDER**

THIS Proceeding came on for consideration without a hearing of the **Motion for Protective Order** (the "Motion") Doc. **143** ), filed by **Interested Party David Hughes**. Pursuant to the Order Granting Plaintiff's Motion for an Order to Show Cause (Doc. 107), and after review, the Court will strike the Motion for Protective Order.  Accordingly, it is

ORDERED:

  The Motion is STRICKEN.

  The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.