FILED INTAKE USBC
JAN 22 '26 PM 1:53

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7
Adversary Pro. No. 3:25-ap-00011-BAJ

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

Now comes Appellant, John Michael Cohan, pro se, and respectfully moves this Court for an order permitting him to appeal in forma pauperis from the Orders listed in his Notice of Appeal filed December 30, 2025, and for his Motion for Leave to File Fraud on the Court. In support of this Motion, Appellant states as follows:

1. I am the Appellant in this action and seek to appeal to the United States District Court for the Middle District of Florida from the Bankruptcy Court's Orders striking or refusing to rule on the merits of motions for recusal, disqualification, removal of parties, judicial notice, and full faith and credit, as detailed in the accompanying Notice of Appeal. I also seek to proceed IFP for the necessary Motion for Leave to File a Fraud on the Court claim.

2. I am unable to pay the fees and costs associated with this appeal and related motion, or to give security for them. My financial situation is as follows:
   a. Income: I am currently unemployed and seeking employment through CareerSource. My sole source of income is government assistance in the form of Supplemental Nutrition Assistance Program (SNAP) benefits, commonly known as food stamps. In other words, I am on state benefits.
   b. Cash Assets: The total of all cash and funds in my checking and savings accounts is:

   - Cash financial assistance: $54.56
   - Bank account #1: $80.01
   - Bank account #2: $3.13
   - Checking account: $4.05
   - Plasma debit card (donations): $2.80
   - Travel gas card (Florida benefits): $40.00
   - **Total cash/liquid balance: $184.55**

    o  Food stamps: $818.68 (non-transferable benefits for food only)
   c. Irregular Income: I periodically receive nominal funds from plasma donation, which is used for basic subsistence. This is not stable employment and does not provide sufficient income to pay court fees.
   d. Dependents: I have sole legal and physical custody of my four-year-old daughter. I am her only provider, and all my limited income and resources are used for our basic subsistence, including her food, clothing, and shelter.
   e. Real Property: I am on the title of dwelling that is currently in foreclosure proceedings due to my inability to pay the mortgage. It provides me with no equity or liquid assets.
   f. Other Assets: I have a potential interest in a real estate portfolio that is the subject of pending litigation, but the properties are controlled by an opposing party who is collecting all rents. There is a cloud on the title, and these funds are completely inaccessible to me.
   g. Businesses: All of my former business entities are defunct and generate no income.

3. My essential monthly living expenses for myself and my daughter, including housing, utilities, food, and other basic necessities, exceed $2,500. This objectively demonstrates that my necessary costs of living far surpass my $0 in stable income and negligible liquid assets, making it impossible to pay a $605 district court filing fee.

4. I believe I am entitled to redress and that this appeal and motion are taken in good faith. The appeal challenges the Bankruptcy Court's systemic refusal to adjudicate substantive claims of fraud on the court, bias, and corruption. The accompanying Motion for Leave to File Fraud on the Court presents prima facie evidence that third parties, including officers of the court, have engaged in a deliberate scheme to corrupt the judicial process, which the Bankruptcy Court has refused to address. Granting leave to proceed IFP is essential to allow review of these fundamental violations of due process and the integrity of the court.

5. The necessity of this motion is underscored by the government's own acknowledgment of my indigent status by email in regards to a separate but related matter. I have a pending IFP motion before the District Court (related to the Bankruptcy Court's denial of IFP in the underlying appeal), and I respectfully request that my indigent status be recognized for this separate but related appeal.

6. This appeal and the underlying motion for leave raise substantial questions of law regarding:
   a. The Bankruptcy Court's abuse of discretion in striking motions alleging fraud and bias without a merits review;
   b. Violations of due process through the categorical refusal to rule on motions concerning the court's own impartiality and the alleged fraud of parties before it;

    c. The court's affirmative duty to investigate and remedy a fraud upon the court; and

    d. The finality and appealability of orders that effectively insulate alleged judicial and prosecutorial misconduct from scrutiny.

WHEREFORE, Appellant, John Michael Cohan, respectfully requests that this Court grant him leave to prosecute his appeal and file his Motion for Leave to File Fraud on the Court in forma pauperis.

Dated: 01-22-2026

Respectfully submitted in good faith,

*/s/ John Michael Cohan*

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

### Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system.

### AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

FLORIDA STATE
DUVAL COUNTY

John Michael Cohan, being first duly sworn, upon oath, deposes and states:

1. I am the Appellant in the above-entitled case. I have read the foregoing Motion and affirm that the facts stated therein regarding my financial circumstances are true and correct to the best of my knowledge, information, and belief.

2. The attached screenshots from my banking and benefits applications, dated January 2026, accurately reflect my available financial resources. In addition to state benefits, I receive irregular, nominal income from plasma donation, which is used for basic subsistence. This is not stable employment.

3. Real Property: I am on the title of my domicile. For safety reasons related to an active protective order, I omit the specific address. The property is in active foreclosure proceedings. I hold no equitable or beneficial interest in it and derive no income or accessible equity from it.

4. Dependents: I have sole legal and physical custody of my four-year-old daughter. I am her only provider, and all my limited income and resources are used for our basic subsistence, including her food, clothing, and shelter.

5. Monthly Expenses: My essential monthly living expenses for myself and my daughter, including housing, utilities, food, and other basic necessities, exceed $2,500. This objectively demonstrates that my necessary costs of living far surpass my $0 income and negligible liquid assets, making it impossible to pay a $605 court fee.

6. Other Assets: I have a potential legal interest in a real estate portfolio located in Alabama that is the subject of pending litigation. However, the opposing party controls the properties, collects all rent, and a cloud on the title makes any sale or refinance impossible. This entity provides me with no income, no accessible funds, and has no liquid value to me.

7. Safety Concern: I omit the specific property address and any associated case details due to an active protective order issued for my safety.

8. Merits: The necessity of this appeal and the underlying motion for leave is underscored by the existence of an active protective order issued for my safety, which directly relates to the matters at hand. This order is a judicial acknowledgment of the credible threats involved in this case. The alleged fraud and collusion leading up to this matter amongst state and private actors is rampant, forming the core of the fraud on the court claim. The Bankruptcy Court's refusal to address motions concerning this collusion and its predictable pattern of procedural suppression have created an untenable barrier to justice, making appellate review crucial.

_____
John Michael Cohan
Subscribed and Sworn before me on January 21st, 2026
Notary Public
FLORIDA STATE
DUVAL COUNTY

AMBROSIA BLACKETOR
Notary Public - State of Florida
Commission # HH 274394
My Comm. Expires Jun 9, 2026

11:40        

# Welcome back, John Michael 

 **EBT >**
Just now



## $818.68
Food stamps

## $54.56
Cash



## Good morning
# John

Open an account +

| Banking | |
|---|---|
| 2 accounts | $80.01 ^ |

| TD SIMPLE SAVINGS | |
|---|---|
| x4980 | $3.71 > |

| TD SIMPLE SAVINGS | |
|---|---|
| x3705 | $76.30 > |



Good Morning,
# John!

JC

My Appointments        My Balances





**Debit Card Balance**

## $2.80

**My BioLife Rewards**

## 9,550

**My Patient Impact**            ⓘ

**My Lifetime Plasma Donations:**

## 43

**PI Patients Treated:**

## 86



Home   Promotions   Donate   Rewards

 



# Good morning, John

Cha-ching! Get paid early 💰🛒
Set up direct deposit, then opt-in to early direct deposit to get paid up to 2 days early.

Set up direct deposit

Wisely Pay - 0985                                                      ...

  $40.00
                     **Available Balance**

11:37

< Show Details 

# Rewards Checking

# $4.05

**AVAILABLE BALANCE**

Current Balance **$4.05**

11:39

 Banking  

# $3.13

Total available balance ⓘ

| | |
|---|---|
| **Checking**<br>0.50% APY | $3.13 |
| **Savings**<br>1.00% APY | $0.00 |

ACCESS CENTRAL MAIL CENTER
P.O. BOX 1770
OCALA FL 34478

**Notice of Case Action**
State of Florida Department
of Children and Families



August 25, 2025                     Case: 1766250416                     Phone: (904) 485-9633

1307

JOHN M COHAN

Dear John M Cohan

The following is information about your eligibility.

## Food Assistance

Your application for Food Assistance dated August 07, 2025 is **approved**. You are eligible for the months listed below:

| Name | Aug, 2025 | Sep, 2025 | Oct, 2025 Thru January 31, 2026 |
|---|---|---|---|
| John Cohan | Eligible | Eligible | Eligible |
| A▓▓▓▓▓ | Eligible | Eligible | Eligible |
| **Benefit Amount** | | | |

Before your eligibility ends, we will send you a letter telling you what to do to keep getting Food Assistance. To keep your Food Assistance from ending, you will need to complete a review by January 31, 2026. You can use the web site at www.myflorida.com/accessflorida to do this on My ACCESS Account.

AE01   FORM : CF-ES 103 03 2009

**Medicaid**

Your Medicaid has been reviewed and the members listed below are eligible for continued coverage.

| Name | Status |
|---|---|
| John Cohan | Eligible |
| A_____ | Eligible |

Certain food assistance recipients, known as Able-Bodied Adults Without Dependents (ABAWDs) and Mandatory Work Participants will have to meet work requirements to be eligible to receive food assistance benefits. An ABAWD (age 18 through 54) or Mandatory Work Participant (age 18 through 59) is an adult without a dependent; physically and mentally able to work; not living and eating with a child under age 18; not pregnant; and not exempt from food assistance general employment program work requirements. **If you are identified as an ABAWD or Mandatory Work Participant, you will be referred to participate in the SNAP Employment and Training program, operated by local workforce development board (LWDB) also known as CareerSource. To find your local LWDB or to learn more about services offered, please visit: https://lcd.floridajobs.org/** .

**Effective Dates:**
- **September 1, 2023**, individuals up to age 50 will be subject to Able-Bodied Adult Without Dependents (ABAWD) work rules.

- **October 1, 2023**, individuals up to age 52 will be subject to Able-Bodied Adult Without Dependents (ABAWD) work rules and individuals up to age 59 will be subject to Mandatory Work Participant Rules.

- **October 1, 2024**, individuals up to age 54 will be subject to Able-Bodied Adult Without Dependents (ABAWD) work rules.

If you are identified as an ABAWD and fail to comply with work requirements, or do not have good reason not to participate, a sanction will be imposed that stops or reduces food assistance benefits. If your case is closed, you can reapply if you are exempt from work requirements, have good reason to not participate, or are working or volunteering 20 hours per week, averaged 80 hours per month.

If you are identified as Mandatory Work Participant and fail to comply with work requirements, or do not have good reason not to participate, a sanction will be imposed that stops or reduces food assistance benefits. If your case is closed, you can reapply if you are exempt from work requirements, have good reason to not participate, or are working or volunteering 30 hours per week, averaged 120 hours per month, or earning $870.00 or more a month.

If this is the first time you have been approved for food or cash benefits, your EBT Card will be mailed to you. If you received benefits before and had a card but have lost or misplaced it, please call EBT Customer Service at 888-356-3281 to ask for a replacement card.

Go to **www.myflorida.com/accessflorida** and update your MyACCESS account. You will need your case number, 1766250416, to validate your account. Once you have validated your account you will be able to see the status of your benefits, view notices, renew benefits, request additional benefits, report changes, and upload documents.

For more information about available employment and training opportunities in your area, please visit: **www.employflorida.com.**

ACCESS CENTRAL MAIL CENTER  
P.O. BOX 1770  
OCALA FL 34478

**Notice of Case Action**  
State of Florida Department  
of Children and Families



September 15, 2025        Case: 1766250416        Phone: (904) 485-9633

1632

JOHN M COHAN

Dear John M Cohan

The following is information about your eligibility.

## Cash Assistance

Your application for Cash Assistance dated August 07, 2025 is approved. You are eligible for the months listed below:

| Name | Sep, 2025 | Oct, 2025 Ongoing |
|---|---|---|
| John Cohan | Eligible | Eligible |
| A█████ | Eligible | Eligible |

**AE01    FORM : CF-ES 103 03 2009**

**Food Assistance**

We have reviewed your eligibility and found that your Food Assistance benefits will stay the same.

| Name | Status |
|---|---|
| John Cohan | Eligible |
| A███████ | Eligible |

For Food Assistance benefits, you must report certain changes during your certification period when your household's monthly gross income is more than your income limit of $2,292.00. If you or a household member receives lottery or gambling winnings, you must report when the gross (before taxes or other amounts are withheld) amount is $4,250.00 or more, if won in a single game. If you are an ABAWD, you must also report if your work hours drop below 80 hours/month. You must report changes within 10 days following the end of the month the change happens.

If you fail to report changes as required, or if the information you provide is not correct, you may have to repay any benefits you receive for which you were not eligible and you may be prosecuted for fraud. You must report other changes and your household's situation at the time of the next recertification. If you have access to a computer, you may report your changes online at the ACCESS Florida website www.myflorida.com/accessflorida. You may also report changes by calling the ACCESS Florida Customer Call Center toll free at 1-850-300-4323, or by mail to the return address at the top of this notice.

For all programs, you must report when your address changes.

**Medicaid**

Your Medicaid has been reviewed and the members listed below are eligible for continued coverage.

| Name | Status |
|---|---|
| John Cohan | Eligible |
| A███████ | Eligible |

Did you know you now have an on-line account with us? Go to www.myflorida.com/accessflorida. You will need your case number, 1766250416, to activate your My ACCESS Account. Then you can get into your account with a user name and password of your choice.

You must report changes in your household circumstances no later than 10 days after the change occurs

If this is the first time you have been approved for food or cash benefits, your EBT Card will be mailed to you. If you received benefits before and had a card but have lost or misplaced it, please call EBT Customer Service at 888-356-3281 to ask for a replacement card.

Certain food assistance recipients, known as Able-Bodied Adults Without Dependents (ABAWDs) and Mandatory Work Participants will have to meet work requirements to be eligible to receive food assistance benefits. An ABAWD (age 18 through 54) or Mandatory Work Participant (age 18 through 59) is an adult without a dependent; physically and mentally able to work; not living and eating with a child under age 18; not pregnant; and not exempt from food assistance general employment program work requirements. **If you are identified as an ABAWD or Mandatory Work**